IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00468-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL SHAW,

        Defendant.

---

## ORDER UNSUCCESSFULLY TERMINATING SUPERVISED RELEASE

---

        THIS MATTER was before the Court for a supervised release violation hearing on September 14, 2011, upon report of the probation officer that the defendant had violated the terms and conditions of his supervised release. The defendant admitted guilt to alleged violations 2, 4, 5, 6, and 7.

        THE COURT, having heard statements by the defendant, defense counsel, and counsel for the government, found the defendant guilty of violations 2, 4, 5, 6, and 7 and ordered the defendant to be continued on supervision with a modification of supervised release to include placement at a residential reentry center. Sentencing in the matter was deferred indefinitely. The defendant's term of supervised release has expired. Accordingly, it is

        ORDERED that the defendant be unsuccessfully discharged from his term of supervised release and that the proceedings in the case be terminated.

        DATED at Denver, Colorado, this 14th day of November, 2011.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge